Exhibit C
Distributions to Evelyn & Carl Newmark TR

| Date | Transferor | Transferee | Memo | Amount |
|---|---|---|---|---|
| 10/30/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT OCT | 520.83 |
| 09/25/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT SEP | 520.83 |
| 08/28/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT AUG | 520.83 |
| 07/28/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT JUL | 520.83 |
| 06/29/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT JUN | 520.83 |
| 05/30/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT MAY | 520.83 |
| 04/27/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT APR | 520.83 |
| 03/30/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT MAR | 520.83 |
| 02/27/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT FEB | 520.83 |
| 01/30/17 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT JAN | 520.83 |
| 12/29/16 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT DEC | 520.83 |
| 11/29/16 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT NOV | 520.83 |
| 10/28/16 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT OCT | 520.83 |
| 10/13/16 | Woodbridge Mortgage Investment Fund 1, LLC | EVELYN & CARL NEWMARK TR | MTG1 SR CANADENSIS, PA - INT SEP 3 DAYS | 52.08 |

TOTAL FOR TRANSFERS DURING 90-DAY PERIOD PRIOR TO BANKRUPTCY FILING  $1,041.66

TOTAL FOR TRANSFERS DURING TWO-YEAR PERIOD PRIOR TO BANKRUPTCY FILING  $6,822.87